UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH L. NICHOLS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>JOHN ASHCROFT, ATTORNEY GENERAL,  )<br>DEPARTMENT OF JUSTICE,  )<br>  )<br>    Defendant.  )<br>  ) | Civil Action No.<br>04-11341-PBS |

**STIPULATION**

The parties to this action, through their undersigned counsel, hereby stipulate that the defendants shall have up to and including August 30, 2004, in which to answer or otherwise respond to the Complaint. The parties further state that the defendant is using the time to research background issues raised in the Complaint.

Respectfully submitted,

| For the Plaintiff, | For the Defendants, |
|---|---|
| | By their attorney, |
| | MICHAEL J. SULLIVAN,<br>United States Attorney |
| /s/ by Rayford A. Farquhar<br>Scott A. Lathrop, Esq.<br>Scott A. Lathrop & Associates<br>122 Old Ayer Road<br>Groton, MA 01450<br>(978) 448-8234 | /s/ Rayford A. Farquhar<br>RAYFORD A. FARQUHAR<br>Assistant U.S. Attorney<br>1 Courthouse, Suite 9200<br>Boston, MA 02210<br>(617) 748-3284 |

August 20, 2004

**CERTIFICATE OF SERVICE**

Suffolk,  ss.                                    Boston, Massachusetts
                                                 August 20, 2004

    I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon plaintiff's counsel of record, Scott A. Lathrop, Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, MA 01450.

                                                    /s/ Rayford A. Farquhar
                                                   Rayford A. Farquhar
                                                   Assistant U.S. Attorney

**LOCAL RULE 7.1 CERTIFICATION**

    On August 16, 2004 I certify that I spoke with Scott A. Lathrop, Esq. and he assented to the filing of this Motion.

                                                  /s/ Rayford A. Farquhar
                                                   Rayford A. Farquhar
                                                   Assistant U.S. Attorney