UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH L. NICHOLS, )<br>)<br>    Plaintiff, )<br>)<br>       v. )<br>)<br>JOHN ASHCROFT, ATTORNEY GENERAL, )<br>DEPARTMENT OF JUSTICE, )<br>)<br>    Defendant. )<br>) | Civil Action No.<br>04-11341-PBS |

### **STIPULATION**

The parties to this action, through their undersigned counsel, hereby stipulate that the defendants shall have up to and including August 31, 2004, in which to answer or otherwise respond to the Complaint. The parties further state that the defendant is using the time to research background issues raised in the Complaint.

Respectfully submitted,

For the Plaintiff,                             For the Defendants,

                                               By their attorney,

                                               MICHAEL J. SULLIVAN,
                                               United States Attorney


/s/ by Rayford A. Farquhar            /s/Rayford A. Farquhar
Scott A. Lathrop, Esq.                RAYFORD A. FARQUHAR
Scott A. Lathrop & Associates         Assistant U.S. Attorney
122 Old Ayer Road                     1 Courthouse, Suite 9200
Groton, MA 01450                      Boston, MA  02210
(978) 448-8234                        (617) 748-3284


August 31, 2004

**CERTIFICATE OF SERVICE**

Suffolk,  ss.                                    Boston, Massachusetts
                                                 August 31, 2004

    I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon plaintiff's counsel of record, Scott A. Lathrop, Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, MA 01450.

                                                /s/Rayford A. Farquhar
                                              Rayford A. Farquhar
                                              Assistant U.S. Attorney

**LOCAL RULE 7.1 CERTIFICATION**

    On September 1, 2004 I certify that I spoke with Scott A. Lathrop, Esq. and he assented to the filing of this Motion.

                                              /s/Rayford A. Farquhar
                                              Rayford A. Farquhar
                                              Assistant U.S. Attorney