UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kenneth L. Nichols

    Plaintiff,      CIVIL ACTION
              NO.  04-11341-PBS

 v.

John Ashcroft

    Defendant.


**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                   October 12, 2004

  The Scheduling Conference previously scheduled for October 22, 2004, has been **rescheduled** to **October 21, 2004, at 10:30 a.m.**

                     By the Court,


                     ./s/ Robert C. Alba
                     Deputy Clerk


Copies to:  All Counsel


resched.ntc