UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH L. NICHOLS,            )<br>                               )<br>    Plaintiff,                 )<br>                               )<br>        v.                     )<br>                               )<br>JOHN ASHCROFT, ATTORNEY GENERAL,)<br>DEPARTMENT OF JUSTICE,         )<br>                               )<br>    Defendant.                 )<br>                               ) | Civil Action No.<br>04-11341-PBS |

**JOINT RULE 16.1 STATEMENT**

The parties in this action submit the following Joint Statement pursuant to Local Rule 16.1 and the Court's Order of October 12, 2004:

1. **Proposed Discovery Plan**:

    a.  Automatic disclosure statements and discovery shall be served on or before October 22, 2004;

    b.  All interrogatories and request for production of documents shall be served by March 31, 2005;

    c.  Any Amendments pursuant to Fed. R. Civ. P. 15 shall be made by December 3, 2004;

    d.  All depositions shall be completed by June 30, 2005; and

    e.  A final pretrial conference shall be scheduled after decisions are rendered on a motion for summary judgment.

2.  **Number of Depositions**

    a.  The plaintiff intends to take written discovery and is unable to identify particular deponents at this juncture.

    b.  Defendant intends to depose plaintiff and any witnesses he identifies as to his damages (the defendant may depose any fact witnesses that are no longer employees of the defendant).

        Since no discovery has yet occurred, the parties cannot identify possible deponents with greater specificity at this time.

2.  **Consent to Trial By Magistrate**

    a.  The plaintiff does not consent to a trial by magistrate in this case.

    b.  The defendant consents to a trial by magistrate in this case.

3.  **Proposed Schedule for Motions**

    a.  All dispositive motions are to be filed by August 26, 2005.

    b.  Any oppositions are to be filed by September 26, 2005.

4.  **Designation of Experts**

    a.  Expert witnesses shall be identified by the parties by December 17, 2004.

    b.  If necessary, the opposing party shall have one

        month after December 17, 2004 in which to obtain an expert.

   c.  If necessary, expert interrogatories shall be served within one month following the opposing party's disclosure of expert witnesses.

5. **Final PreTrial Conference**

   a.  The Final Pretrial Conference will be scheduled by the Court following all hearings on dispositive motions.

                Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| | By their attorney, |
| | MICHAEL J. SULLIVAN, United States Attorney |
| /s/Scott A. Lathrop | /s/Rayford A. Farquhar |
| (per telephone consent) | RAYFORD A. FARQUHAR |
| Scott A. Lathrop, Esq. | Assistant U.S. Attorney |
| Scott A. Lathrop & Associates | 1 Courthouse, Suite 9200 |
| 122 Old Ayer Road | Boston, MA  02210 |
| Groton, MA 01450 | (617) 748-3284 |
| (978) 448-8234 | |

**LOCAL RULE 7.1 CERTIFICATION**

On October 15, 2004, I certify that I spoke with Scott A. Lathrop, Esq. and he assented to the filing of this Motion.

                                 /s/Rayford A.  Farquhar
                                 Rayford A. Farquhar
                                 Assistant U.S. Attorney