UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 04-11341 PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KENNETH L. NICHOLS,          \*
    Plaintiff          \*
                            \*
                            \*
v.                           \*
                            \*
JOHN ASHCROFT,               \*
ATTORNEY GENERAL,            \*
DEPARTMENT OF JUSTICE,       \*
    Defendant          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LOCAL RULE 16.1(D) CERTIFICATE

Ken Nichols, a party to the above-referenced action, and Scott A. Lathrop hereby certify that we have conferred:

(a)    with a view to establish budget for the cost of conducting the full course, and alternative courses, of the litigation; and,

(b)    to consider the advisability of resolving this litigation through the use of various alternative dispute resolution programs.

_____
Ken Nichols

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: 10/15/04

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Certificate on the opposing party by mailing this day a copy to the last known address of its Attorney of Record.

                                                          Scott A. Lathrop

Dated: 10/05/04