**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Kenneth Nichols

             Plaintiff

                                                      CIVIL ACTION

      V.                                          NO. 04-11341-PBS

John Ashcroft

             Defendant


**ORDER OF REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**


       After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:


     _____ EARLY NEUTRAL EVALUATION     \_\_X\_\_ MEDIATION: Summer, 2005

     _____ MINI-TRIAL                  _____ SUMMARY JURY TRIAL

     _____ SETTLEMENT CONFERENCE     _____ SPECIAL MASTER

     _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM


       Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.    If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.


                                         HON. PATTI B. SARIS
                                         UNITED STATES DISTRICT JUDGE
                                         BY: /s/ Robert C. Alba\_\_\_\_
DATE:   October 21, 2004                        DEPUTY CLERK


**CASE CATEGORY**


| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | _____ | | |