UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kenneth Nichols
Plaintiff,

       V.                         Civil Action Number
                              04-11341-PBS

John Ashcroft
Defendant.                            October 21, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 6/30/05

Summary Judgment Motion filing deadline: 8/26/05

Opposition to Summary Judgment Motions: 9/26/05

Hearing on Summary Judgment or Pretrial Conference: 10/18/05 at 2:00 p.m.

Case to be referred to Mediation program: Summer, 2005

                                                      By the Court,

                                                   /s/ Robert C. Alba
                                                   Deputy Clerk