UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH L. NICHOLS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN ASHCROFT, ATTORNEY GENERAL, )<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>04-11341-PBS |

**JOINT MOTION FOR A ONE MONTH EXTENSION
OF TIME TO EXPLORE A RESOLUTION THROUGH
MEDIATION AND TO COMPLETE DISCOVERY**

The parties herein move this Court for a one month extension of time to explore a resolution through mediation and to complete discovery. As grounds for this motion the parties state as follows:

1. On Friday May 13, 2005 the parties met for mediation before Sally Higgenbotham;

2. The parties, through the direction of Ms. Higgenbotham, were able to narrow various issues toward reaching a resolution to the case;

3. Although the parties have much work to conduct prior to being in a position to resolve this case, we are of the belief that continuing the mediation process over the next few weeks may be instrumental in reaching a resolution;

4. The parties are exploring various options for the plaintiff and need the extra time to consult numerous people that work for the defendant;

5. The parties respectfully request a one month extension of time to July 29, 2005 to complete discovery, while they continue to explore a resolution through

mediation.

6. This one month extension of time to complete discovery will not change any other dates previously scheduled by this Court.

WHEREFORE, the parties respectfully request a one month extension of time to July 29, 2005 to complete discovery while they continue to explore a resolution through mediation.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| | By his attorney, |
| | MICHAEL J. SULLIVAN, United States Attorney |
| /s/ Scott A. Lathrop by RAF | /s/ Rayford A. Farquhar |
| Scott A. Lathrop, Esq. | Rayford A. Farquhar |
| Scott A. Lathrop & Associates | Assistant U.S. Attorney |
| 122 Old Ayer Road | 1 Courthouse, Suite 9200 |
| Groton, MA 01450 | Boston, MA  02210 |
| (978) 448-8234 | (617) 748-3284 |

Dated: May 20, 2005