UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kenneth Nichols,
           Plaintiff,           CIVIL ACTION
                                          NO. 04-11341-PBS
    v.

John Ashcroft,
           Defendant.

**PRETRIAL ORDER**

SARIS, D.J.                                     October 18, 2005

      The above action has been set down for a JURY TRIAL on 1/23/06, at 9:00 a.m.

      A FINAL PRETRIAL CONFERENCE has been scheduled for 1/18/06, at 2:00 p.m..

      By 11/18/05, the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

      By 12/19/05, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

      Objections to the pretrial disclosures shall be served and filed by 1/3/06.

      By 1/11/06, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

      By 1/4/06, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By <u>1/11/06</u>, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by <u>1/16/06</u>.

**NOTE: If the trial is continued, counsel are to adjust all other dates in this order commensurate with the new trial and pretrial date.**

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk