UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No.   04-11341 PBS

```
*******************************
KENNETH L. NICHOLS,            *
       Plaintiff               *
                               *
                               *
       v.                      *
                               *
JOHN ASHCROFT,                 *
ATTORNEY GENERAL,              *
DEPARTMENT OF JUSTICE,         *
       Defendant               *
*******************************
```

## PLAINTIFF'S LIST OF PROPOSED EXHIBITS

Plaintiff Kenneth L. Nichols' list of proposed exhibits includes the following:

**EXHIBITS**

1.     Position Description, Administrative Management Specialist

2.     January 24, 2001, memorandum from David L. Winn, Warden, to Kenneth Nichols

3.     December 18, 2001, letter from John M. Harris, III, M.D., to Whom It May Concern

4.     February 4, 2002, letter from Jerry Martinez, Associate Warden, Operations, to Kenneth
       Nichols

5.     February 4, 2002, letter from Cynthia A. Lord, Human Resources Manager, to Kenneth
       Nichols

6.     February 4, 2002, letter from Kenneth L. Nichols to David L. Winn, Warden

7.     March 14, 2002, letter from Kenneth L. Nichols to David L. Winn, Warden

8.     March 19, 2002, Memorandum for File from Cynthia A. Lord, Human Resources Manager

9.      3/20/02 letter from Scott A. Lathrop to David L. Winn, Warden, to Mr. Kenneth Nichols

10.     June 19, 2002, letter from John M. Harris, III, M.D., to Whom It May Concern

11.     June 28, 2002, Memorandum from Sandra L. Howard, M.D., to David Winn, Warden FMC

        Devens

12.     January 6, 2003, letter from David L. Winn, Warden, to Mr. Kenneth Nichols

13.     January 10, 2003 Disability Certificate

14.     January 24, 2003 Disability Certificate

15.     January 31, 2003, letter from David L. Winn, Warden, to Mr. Kenneth Nichols

16.     March 20, 2003, Disability Certificate

17.     4/23/03 Return to Work Medical Status

18.      July 15, 2003, note from Heywood Hospital

19.     7/15/03 Disability Certificate from John B. Ayers, MD

20.     July 16, 2003, letter from Matthew Lanford, Acting Executive Assistant, to Mr. Kenneth

        Nichols

21.     July 22, 2003, letter from John B. Ayers, M.D., to U.S. Department of Justice

22.     August 19 Disability Certificate from John B. Ayers, MD

23.     August 21, 2003, letter from Matthew Lanford, Acting Executive Assistant, to Mr. Kenneth

        Nichols

24.     August 21, 2003, letter from Kenneth L. Nichols to Mr. David L. Winn

25.     August 22, 2003, letter from David L. Winn, Warden, to Mr. Kenneth Nichols

26.     September 18, 2003, letter to Mr. Kenneth Nichols

27.     Nichols DOJ Form 100A Request for Reasonable Accommodation, dated September 22,

2003

28.    September 25, 2003, letter from David L. Winn, Warden, to Kenneth Nichols

29.    09/08/03 DOJ Form 100A, Request for Reasonable Accommodations, John B. Ayers, M.D.

30.    12/30/03 Work Capacity Evaluation, John B. Ayers, M.D.

31.    Drawing of FMC Devens

32.    Picture of FMC Devens


Plaintiff reserves the right to add rebuttal exhibits.


                                        Kenneth L. Nichols
                                        By his attorney


                                        Scott A. Lathrop
                                        _____
                                        Scott A. Lathrop, Esq.
                                        Scott A. Lathrop & Associates
                                        122 Old Ayer Road
                                        Groton, MA 01450
                                        (978) 448-8234
                                        BBO No. 287820

Dated:   January 4, 2006

<u>Certificate of Service</u>

I, Scott A. Lathrop, hereby certify that I have served the foregoing List on the defendant by mailing this day a copy to the last known address of their Attorney of Record.

*Scott A. Lathrop*

_____
Scott A. Lathrop

Dated:    January 4, 2006