UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No.  04-11341 PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KENNETH L. NICHOLS,          \*
    Plaintiff                 \*
                               \*
                               \*
    v.                         \*
                               \*
JOHN ASHCROFT,               \*
ATTORNEY GENERAL,            \*
DEPARTMENT OF JUSTICE,       \*
    Defendant                 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S LIST OF PROPOSED WITNESSES

Plaintiff Kenneth L. Nichols' list of anticipated witnesses includes the following:

**WITNESSES**

    Kenneth L. Nichols

    David L. Winn
    Federal Bureau of Prisons

    Cynthia A. Lord
    Federal Bureau of Prisons

    Michael Sheridan
    Federal Bureau of Prisons

    Mark Shaunessy
    Federal Bureau of Prisons

    Adrian Guerrero
    Federal Bureau of Prisons

Plaintiff reserves the right to add rebuttal witnesses if the need arises.

Kenneth L. Nichols
By his attorney

*Scott A. Lathrop*

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated:   January 4, 2006

Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing List on the defendant by mailing this day a copy to the last known address of their Attorney of Record.

*Scott A. Lathrop*

_____
Scott A. Lathrop

Dated:   January 4, 2006