UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No.  04-11341 PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KENNETH L. NICHOLS,              \*
    Plaintiff                            \*
                                              \*
                                              \*
    v.                                       \*        **PLAINTIFF'S PROPOSED**
                                              \*        **VERDICT FORM**
JOHN ASHCROFT,                    \*
ATTORNEY GENERAL,             \*
DEPARTMENT OF JUSTICE,      \*
    Defendant                           \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**VERDICT**

1. In regard to plaintiff's claim of disability discrimination, please answer the following questions. Has plaintiff shown that:

    a. He suffered from a "disability" within the meaning of the statute?
    Yes ___ No ___

    b. He was a qualified individual in that he was able to perform the essential functions of his job, either with or without a reasonable accommodation?
    Yes ___ No ___

    c. Despite his employer's knowledge of his disability, the employer did not offer a reasonable accommodation for the disability?
    Yes ___ No ___

    If you have answered NO to any part of Question 1, do not answer any further Questions. If you have answered YES to all parts of Question 1, proceed to Question 2.

2. Has the Employer shown that accommodating plaintiff's disability would have been an undue hardship?

                                  Yes \_\_  No \_\_

  If you have answered YES to Question 2, do not answer any further questions. If you have answered NO to Question 2, proceed to Question 3.

3.  What amount of money, if paid now in cash, would fairly and reasonably compensate plaintiff for the following harms or losses, if any, caused by the Employer's discrimination? Answer in DOLLARS or NONE in each blank.

  (a)  Loss of earnings and benefits through the date of your verdict, decreased by any earnings and fringe benefits which plaintiff received from another source    _____

  (c)  Loss of earnings and benefits reasonably expected from the date of your verdict in the future, decreased by any expected earnings and fringe benefits which plaintiff is reasonably expected to receive from another source in the future    _____

  (b)  Emotional distress    _____

_____            _____
Date                         Foreperson

Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Proposed Verdict Form on the defendant by mailing this day a copy to the last known address of its Attorney of Record.

                                                                               _____
                                                                               Scott A. Lathrop

Dated:  January 4, 2006