UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No.  04-11341 PBS

```
********************************
KENNETH L. NICHOLS,             *
      Plaintiff                 *
                                *
                                *
      v.                        *
                                *
JOHN ASHCROFT,                  *
ATTORNEY GENERAL,               *
DEPARTMENT OF JUSTICE,          *
      Defendant                 *
********************************
```

## PLAINTIFF'S PROPOSED VOIR DIRE

Plaintiff Kenneth L. Nichols requests that the following questions be asked of prospective jurors:

1. This is an employment discrimination case. The plaintiff alleges that his former employer – the Federal Bureau of Prisons – discriminated against him because of his disability and refused to accommodate his disability. Would this subject matter impede your ability to render a fair and impartial verdict in such a case?

2. The defendant is a branch of the Federal Government. Would you tend to give greater weight to the statements of agents of the Federal Government simply because they work for the Federal Government?

3. Do you supervise anyone at work?

4. Have you or a member of your family ever fired, suspended or severely disciplined an employee?

5. Have you or any of your family members ever been accused of discriminating

1

against anyone because of their disability?

6. Have you or any of your family members ever been accused of failing to accommodate someone's disability?

7. Has your employer ever been accused of discriminating against anyone because of their disability?

8. Has your employer ever been accused of failing to accommodate someone's disability?

                                              Kenneth L. Nichols
                                              By his attorney

/s/ Scott A. Lathrop

Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated:   January 4, 2006

### Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Proposed Voir Dire on the defendant by mailing this day a copy to the last known address of its Attorney of Record.

/s/ Scott A. Lathrop

Scott A. Lathrop

Dated: January 4, 2006