UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH L. NICHOLS, )<br>)<br>    Plaintiff, )<br>)<br>)<br>v. )<br>)<br>JOHN ASHCROFT, )<br>ATTORNEY GENERAL, )<br>DEPARTMENT OF JUSTICE, )<br>)<br>    Defendant. )<br>) | C.A. No. 04-11341-PBS |

### **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

1. Do you have a hearing problem or any other physical problem that might interfere with your ability to hear the testimony of the witnesses in this case?

2. Do you know any of the parties, attorneys, or witnesses [read witness list] in this case?

3. Have you had any experiences with judges, lawyers, or the courts that would affect your ability to hear this case fairly and impartially?

4. Is there any reason why you might feel uncomfortable if you are selected to sit as a juror in a Rehabilitation Act case that involves a claim that a person's alleged disability was not accommodated. If so, what is it about a case of this sort that might make you uncomfortable?

5. Have you or any of your relatives or close friends ever been involved in a disability law suit, or a victim of disability discrimination. If so, what were the circumstances? How do think that experience might influence you if you are selected to be a juror

       in this case?

6. Is there any reason why you would tend to give more or less weight to the testimony of an individual who has brought a disability complaint than to the testimony of any other person? If so, why?

7. Do any of you believe you would be uncomfortable being a juror in a case in which the Bureau of Prisons is the defendant?

8. Does any member of the jury believe that he or she could not follow the law pertaining to the Rehabilitation Act as instructed by the Court in this case?

9. Would anyone have difficulty in awarding no money damages if the evidence warranted such a result?

                                                For the Defendant,

                                                By his Attorneys,

                                                MICHAEL J. SULLIVAN,
                                                United States Attorney

                                                /s/ Rayford A. Farquhar
                                                RAYFORD A. FARQUHAR
                                                Assistant U.S. Attorney
                                                1 Courthouse, Suite 9200
                                                Boston, MA  02210
                                                (617) 748-3284

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                         Boston, Massachusetts
                                                                     January 13, 2006

    I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon plaintiff's counsel of record, Scott A. Lathrop, Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, MA 01450.

                                                           /s/ Rayford A.Farquhar
                                                           Rayford A. Farquhar
                                                           Assistant U.S. Attorney