UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH L. NICHOLS, )<br>)<br>　Plaintiff, )<br>)<br>　 )<br>v. )<br>)<br>JOHN ASHCROFT, )<br>ATTORNEY GENERAL, )<br>DEPARTMENT OF JUSTICE, )<br>)<br>　Defendant. )<br>) | C.A. No. 04-11341-PBS |

**DEFENDANT'S LIST OF PROPOSED WITNESSES**

Defendant, John Ashcroft, Attorney General, Department of Justice, herein submits his list of proposed witnesses.

**I.   Witnesses**

1. Kenneth L. Nichols

2. David L. Winn
   Federal Bureau of Prisons

3. Cynthia A. Lord
   Federal Bureau of Prisons

4. Michael Sheridan
   Federal Bureau of Prisons

5. Mark Shaunessy
   Federal Bureau of Prisons

1

Defendant reserves the right to add rebuttal witnesses as nessary.

          For the Defendant,

          By his Attorneys,

          MICHAEL J. SULLIVAN,
          United States Attorney

          /s/ Rayford A. Farquhar
          RAYFORD A. FARQUHAR
          Assistant U.S. Attorney
          1 Courthouse, Suite 9200
          Boston, MA  02210
          (617) 748-3284

**CERTIFICATE OF SERVICE**

Suffolk, ss.          Boston, Massachusetts
          January 13, 2006

    I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon plaintiff's counsel of record, Scott A. Lathrop, Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, MA 01450.

          /s/ Rayford A. Farquhar
          Rayford A. Farquhar
          Assistant U.S. Attorney