UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH L. NICHOLS,
Plaintiff,

v.

JOHN ASHCROFT,
ATTORNEY GENERAL,
DEPARTMENT OF JUSTICE,
Defendant.

C.A. No. 04-11341-PBS

**DEFENDANT'S LIST OF PROPOSED EXHIBITS**

Defendant, John Ashcroft, Attorney General, Department of Justice, hereby submits his list of proposed exhibits.

**I. Proposed Exhibits**

i. Position Description, Administrative Management Specialist.

ii. January 24, 2001, memorandum from David L. Winn, Warden, to Kenneth Nichols.

iii. December 18, 2001, letter from John M. Harris, III, M.D., to Whom It May Concern.

iv. February 4, 2002, letter from Jerry Martinez, Associate Warden, Operations, to Kenneth Nichols.

v. February 4, 2002, letter from Cynthia A. Lord, Human Resources Manager, to Kenneth Nichols.

vi. February 4, 2002, letter from Kenneth L. Nichols to David L. Winn, Warden.

vii. March 14, 2002, letter from Kenneth L. Nichols to David L. Winn, Warden.

viii. March 19, 2002, Memorandum for File from Cynthia A. Lord, Human Resources Manager.

ix. 3/20/02 letter from Scott A. Lathrop to David L. Winn, Warden, to Mr. Kenneth Nichols.

x. June 19, 2002, letter from John M. Harris, III, M.D., to Whom It May Concern.

xi. June 28, 2002, Memorandum from Sandra L. Howard, M.D., to David Winn, Warden FMC Devens.

xii. January 6, 2003, letter from David L. Winn, Warden, to Mr. Kenneth Nichols.

xiii. January 10, 2003 Disability Certificate.

xiv. January 24, 2003 Disability Certificate.

xv. January 31, 2003, letter from David L. Winn, Warden, to Mr. Kenneth Nichols.

xvi. March 20, 2003, Disability Certificate.

xvii. 4/23/03 Return to Work Medical Status.

xviii. July 15, 2003, note from Heywood Hospital.

xix. 7/15/03 Disability Certificate from John B. Ayers, M.D.

xx. July 16, 2003, letter from Matthew Lanford, Acting Executive Assistant, to Mr. Kenneth Nichols.

xxi. July 22, 2003, letter from John B. Ayers, M.D., to U.S. Department of Justice.

xxii. August 19 Disability Certificate from John B. Ayers, MD.

xxiii. August 21, 2003, letter from Matthew Lanford, Acting Executive Assistant, to Mr. Kenneth Nichols.

xxiv. August 21, 2003, letter from Kenneth L. Nichols to Mr. David L. Winn.

xxv. August 22, 2003, letter from David L. Winn, Warden, to Mr. Kenneth Nichols.

xxvi. September 18, 2003, letter to Mr. Kenneth Nichols.

xxvii. Nichols DOJ Form 100A Request for Reasonable Accommodation, dated September 22, 2003.

xxviii. September 25, 2003, letter from David L. Winn, Warden, to Kenneth Nichols.

xxix. 09/08/03 DOJ Form 100A, Request for Reasonable Accommodations, John B. Ayers, M.D.

xxx. 12/30/03 Work Capacity Evaluation, John B. Ayers, M.D.

xxxi. Drawing of FMC Devens.

xxxii. Picture of FMC Devens.

**b. Defendant**

In addition to the exhibits proposed by Plaintiff, Defendant adds the following:

xxxiii. Notification of Personnel Action (Removal) dated September 22, 2003 from Cynthia A. Lord to Plaintiff (4e).

xxiv. Written Response to Proposal Action dated August 21, 2003 by Plaintiff (4h).

xxv. CA-1 Notice of Traumatic Injury and Claim from Continuation of Pay/Compensation issued by the Safety Department (4y).

xvi. Letter to Plaintiff, Clarification of Medical Restriction written by Jerry Martinez, Associate Warden, Operations (4bb).

xvii. Memorandum to Warden Winn from Sandra Howard, M.D., Clinical Director, regarding responding to emergencies (4cc).

xviii. Medical Update from John Harris, III, M.D. dated December 12, 2001 (4jj).

xix. Physical Requirements for Institution Positions pages 82 & 83, from the Program Statement 3000.02, Human Resource Manual, dated December 3, 1997 (4rr).

For the Defendant,

By his Attorneys,

MICHAEL J. SULLIVAN,
United States Attorney

/s/ Rayford A. Farquhar
RAYFORD A. FARQUHAR
Assistant U.S. Attorney
1 Courthouse, Suite 9200
Boston, MA 02210
(617) 748-3284

**CERTIFICATE OF SERVICE**

Suffolk, ss.

Boston, Massachusetts
January 13, 2006

I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon plaintiff's counsel of record, Scott A. Lathrop, Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, MA 01450.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney