UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH L. NICHOLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-11341-PBS |
| v. ) | |
| ) | |
| JOHN ASHCROFT, ) | |
| ATTORNEY GENERAL, ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE
TESTIMONY OF MICHAEL SHERIDAN AND/OR MARK SHAUNESSY
REGARDING THE EMPLOYMENT OF A DISABLED INDIVIDUAL
AT ANOTHER BUREAU OF PRISONS FACILITY**

Defendant, John Ashcroft, Attorney General, Department of Justice, herein moves to exclude the testimony of Michael Sheridan and/or Mark Shaunessy regarding the employment of a disabled individual in another Bureau of Prisons facility.

Counsel for the parties have conferred and have agreed to not elicit testimony regarding this individual who worked at a different Bureau of Prisons facility.

                                                            For the Defendant,

                                                            By his Attorneys,

                                                            MICHAEL J. SULLIVAN,
                                                            United States Attorney

                                                            /s/ Rayford A. Farquhar
                                                            RAYFORD A. FARQUHAR
                                                            Assistant U.S. Attorney
                                                            1 Courthouse, Suite 9200
                                                            Boston, MA  02210
                                                           (617) 748-3284

## CERTIFICATE OF SERVICE

Suffolk, ss.                                                                 Boston, Massachusetts
                                                                             January 13, 2006

    I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon plaintiff's counsel of record, Scott A. Lathrop, Scott A. Lathrop & Associates, 122 Old Ayer Road, Groton, MA 01450.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney
