UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Kenneth Nichols,__
            **Plaintiff**

            v.            CIVIL CASE NO. __04-11341__

__John Ashcroft__
            **Defendant**

## NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for _____ __a mediation hearing__ on __Thursday, February 9, 2006__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are required to be submitted to the court at least 48 hours before the hearing.

                                                            SARAH A. THORNTON,
                                                            CLERK OF COURT

__1/25/2006__                                    By: __/s/ Marc K. Duffy__
     Date                                                   Deputy Clerk

(ADR NOTICE.wpd - 3/7/2005)