**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

  Kenneth Nichols
                Plaintiff

                V.

  Attorney General John Ashcroft
                Defendant

CIVIL ACTION
NO.    04-11341-PBS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Saris

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]  On    02/09/2006    I held the following ADR proceeding:

    _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    ___X___    MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____    MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____].
    The parties were present in person, but by an authorized officer. [except_____].
    The case was:

[x]  Settled. Your clerk should enter a ___60___ day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

    02/09/2006    Marianne B. Bowler, USMJ
    DATE    ADR Provider

(ADR Report (Nichols).wpd - 4/12/2000)    [adrrpt.]