UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH L. NICHOLS,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN ASHCROFT,<br>ATTORNEY GENERAL,<br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  04-11341-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

Respectfully submitted,

For the Plaintiff,

For the Defendant,

By his attorney,

MICHAEL J. SULLIVAN,
United States Attorney

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234

_____
RAYFORD A. FARQUHAR
Assistant U.S. Attorney
1 Courthouse, Suite 9200
Boston, MA 02210
(617) 748-3284

Dated: 5/15/06
R.A.F.